## 51815. PANEK v. PANEK et al.

BELL, Chief Judge.

This post-judgment garnishment case is controlled by *Coursin v. Harper,* 236 Ga. 729, as it was commenced prior to July 1, 1975. *Battles v. Battles,* 138 Ga. App. 841. The judgment in favor of the defendant is affirmed.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED FEBRUARY 2, 1976 — DECIDED JUNE 8, 1976.

*Paul R. Koehler,* for appellant.
*Donald D. Smith,* for appellees.